■ DAVID McCULLOUGH, Appellant, v SYRACUSE POLICE DEPARTMENT, Respondent. [755 NYS2d 913] —Appeal from an order of Onondaga County Court (Walsh, J.), dated March 8, 2001, which affirmed a judgment (denominated order) of Syracuse City Court dated February 8, 2000.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Onondaga County Court, Walsh, J. Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.

■ CHRISTOPHER B. COOK, Respondent, v DAWN K. COOK, Now Known as DAWN K. HARRIS, Appellant. [755 NYS2d 913] —Appeal from so much of an order of Supreme Court, Monroe County (Lunn, J.), entered February 8, 2002, which denied defendant's application for permission to relocate with the parties' child and directed defendant to pay attorney's fees in the amount of $4,392 to plaintiff's counsel.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Monroe County, Lunn, J. Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.